**CV-10 3632**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 09 2010 ★

LONG ISLAND OFFICE

SEYBERT, J.

WALL, M.J.

| | |
|---|---|
| COUNTY OF SUFFOLK, NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATER PRODUCTS NA, LLC, HONEYWELL INTERNATIONAL INC., WIX FILTRATION CORP LLC., AFFINIA GROUP INC., CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC. ARVINMERITOR, INC.<br><br>Defendants. | Civil Action No. _____<br><br><br>INDIRECT PURCHASER CLASS ACTION COMPLAINT |

## RELATED CASE STATEMENT

This action is related to MDL No. 1957, styled *In re Aftermarket Automotive Filters Antitrust Litigation*, currently before Judge Robert W. Gettleman in the Northern District of Illinois (Case No. 1:08-CV-4883).

The complaint in this case alleges conspiracy claims against the manufacturers of aftermarket vehicle oil, air and fuel filters to fix, raise, maintain or stabilize prices for Filters in the United States from at least January 1999 until the present.

Dated: White Plains, NY
August 9, 2010, 2010

LOWEY DANNENBERG COHEN & HART, P.C.

By: /s/ Jeanne D'Esposito
Barbara J. Hart (BH-3231)
Jeanne F. D'Esposito (JD-5843)
Deborah Rogozinski (DR-5608)
One North Broadway
White Plains Plaza, 5th Floor
New York, New York 10601
914-997-0500
*Attorneys for Plaintiff*

{2404 / CMP / 00103368.DOC v1}